| AO-10 Rev. 1/91 | **FINANCIAL DISCLOSURE REPORT** | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-112) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| OSTEEN, WILLIAM L. | UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF NORTH CAROLINA | April 25,1991 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT JUDGE | _X_ Nomination, Date_____<br>___ Initial ___ Annual ___ Final | 1991 |

**7. Chambers or Office Address**

2322 North Elm Street
Greensboro, N.C. 27408

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐   **NONE** (No reportable positions)

_SEE ATTACHED PAGE_      _____

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☒   **NONE** (No reportable agreements)

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| ☐ **NONE** (No reportable non-investment income) | | |
| 1 | OSTEEN, ADAMS & OSTEEN, Attorneys (1990) | $126,376.00 |
| 2 | Real Estate Agent (S) | $31,026.00 |
| 3 | | $ |
| 4 | | $ |
| 5 | | $ |

Digitized by Google

OSTEEN, WILLIAM L.　　　UNITED STATES DISTRICT COURT　　　April 25, 1991
　　　　　　　　　　　　　　MIDDLE DISTRICT OF NORTH CAROLINA

1.　POSITIONS.

| Positions | NAME OR ORGANIZATION/ENTITY |
|---|---|
| Partner | Osteen, Adams & Osteen |
| Member | Executive Committee, Greensboro Bar Association |
| Counsellor | North Carolina State Bar |
| Executor | SS Mitchell Estate |
| Partner | Morganton Road Partnership |
| Partner | NC 55 Partnership |
| Partner | Silver Briar Partnership |
| Partner | WACO Partnership |
| Partner | Oak Hill Partnership |

-36-

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | OSTEEN, WILLIAM L. | April 25, 1991 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| X NONE (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities) | | |
| Arlington Mortgage Company | Promissory Note (J) | J |
| Wachovia Bank & Trust Company | Promissory Note (J) | J |
| Wachovia Bank & Trust Company | Promissory Note (J) | K |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>OSTEEN, WILLIAM L. | Date of Report<br>April 25, 1991 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(Including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical (J) for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.;<br>Code;<br>(A-H) | (2)<br>Type<br>(e.g.;<br>div.;<br>rent or<br>Int.) | (1)<br>Value;<br>Code;<br>(J-P) | (2)<br>Value<br>Method;<br>Code;<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date:<br>Month<br>Day | (3)<br>Value;<br>Code;<br>(J-P) | (4)<br>Gain;<br>Code;<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1A First Citizen Bank, Gso Moneta, VA | A | Int. | K | T | | | | | | |
| 1 Smith Mt. Lake Real Estate | C | Rent | M | W | | | | | | |
| 2 Chapel Hill, N.C. Village Green Condo | C | Rent | K | W | | | | | | |
| 3 Common Stock Southern National Bank | D | Div. | M | T | | | | | | |
| 4 Common Stock First Union Bank | A | Div. | J | T | | | | | | |
| 5 Mutual Fund Putnam Fund - Boston,Mass. | A | Div. | J | W | | | | | | |
| 6 Common Stock New Park Resources (S) | A | Div. | J | W | | | | | | |
| 7 Bonds Eastern NC Power Bonds | D | Int. | K | T | | | | | | |
| 8 Realty S. West Partnership(S) | A | Int. | J | W | | | | | | |
| 9 Interstate Securities, Inc. Chesterfield Oil Drilling | B | P'ship | J | W | | | | | | |
| 10 Interstate Securities, Inc Tulsa, VA | E | P'ship | K | W | | | | | | |
| 11 Silver Briar, Greensboro, N.C. | D | P'ship | L | W | | | | | | |
| 12 NC 55 -Greensboro, N.C. | A | P'ship | K | W | | | | | | |
| 13 Morganton Road, Greensboro; | C | P'ship | L | W | | | | | | |
| 14 WACO-Greensboro, N.C. | D | P'ship | K | W | | | | | | |
| 15 Oakhill, Greensboro, N.C. | C | P'ship | K | W | | | | | | |
| 16 Wachovia, Greensboro, N.C. | D | Int. | L | T | | | | | | |
| 17 IRA Gate City, Greensboro, | C | Int. | K | T | | | | | | |
| 18 IRA American Pace Interstate | A | Int. | J | W | | | | | | |
| 19 The Advantage Fund-Interstate | A | Int. | J | W | | | | | | |
| 20 Manteo Building Lot, Dare Co | A | | L | W | | | | | | |

1 Income/Gain Codes: A=$1,000 or less   B=$1,001 to $2,500   C=$2,501 to 5,000   D=$5,001 to $15,000
(See Col. B1 & D4)   E=$15,001 to $50,000   F=$50,001 to $100,000   G=$100,001 to $1,000,000   H=More than $1,000,000
2 Value Codes:   J=$15,000 or less   K=$15,001 to $50,000   L=$50,001 to $100,000   M=$100,001 to $250,000
(See Col. C1 & D3)   N=$250,001 to $500,000   O=$500,001 to $1,000,000   P=More than $1,000,000
3 Value Method Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book Value   V=Other   W=Estimated

-38-

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>OSTEEN, WILLIAM L. | Date of Report<br>April 25, 1991 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

None.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _William L. Osteen_                    Date _4-26-91_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google